UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLENE EVETTE LOPEZ,
Plaintiff,

v.

SSA COMMISSIONER,
Defendant.

Case No. 25-cv-04920-AGT

**JUDGMENT**

Pursuant to the Court's order resolving the claim for review under 42 U.S.C. § 405(g), the Commissioner's final decision is vacated and the case is remanded for further proceedings. Dkt. 19. This constitutes a final judgment and closes the case.

**IT IS SO ORDERED.**

Dated: July 28, 2026

Alex G. Tse
United States Magistrate Judge